IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 07-03088-DGW |
| | ) | |
| LUIS U. GALVAN-MENA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On motion of the United States of America to dismiss the complaint against the Defendant Without Prejudice:

**IT IS HEREBY ORDERED** that the Complaint filed against the Defendant, Luis U. Galvan-Mena, is Dismissed Without Prejudice and the Defendant is hereby ordered released from the custody of the United States Marshal Service.

DATE: January 17, 2008.

Donald G. Wilkerson
U.S. Magistrate Judge